BREEAN L. BEGGS WSBA # 20795
Paukert & Troppmann, PLLC
522 W. Riverside Ave., Suite 560
Spokane, WA 99201
(509) 232-7760

JEFFRY K. FINER WSBA #14610
Law Office of Jeffry K. Finer
35 W. Main, Suite 300
Spokane, WA 99201
(509) 835-5211

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ESTATE OF JOSHUA LEVY, deceased, and SUSAN LEVY, in her personal capacity and as representative of the ESTATE of JOSHUA LEVY, and DAVID BREIDENBACH, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF SPOKANE, SPOKANE COUNTY, CHRIS KEHL, MICHAEL MCCASLAND, SGT. YAMADA, and, JOHN/JANE DOES 1-10, each in their personal and representative capacities. <br><br> Defendants. | Case No.: CV-10-233-EFS <br><br> ORDER RE MOTION TO ENTER AN AGREED PROTECTIVE ORDER AND MOTION FOR EXPEDITED HEARING |

THIS MATTER having come on before this Court on the Motion of Plaintiff Breidenbach for a Motion to Enter an Agreed Protective Order and Motion to Shorten Time, NOW THEREFORE,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that the Motion for Expedited Hearing is granted.

IT IS FURTHER HEREBY ORDERED ADJUDGED AND DECREED that the Motion for Entry of an Agreed Protective Order is granted and that the Court will sign the stipulated order attached as Exhibit A to the DECLARATION OF COUNSEL RE: MOTION TO ENTER AN AGREED PROTECTIVE ORDER AND FOR MOTION FOR EXPEDITED HEARING.

DONE IN OPEN COURT THIS __25th__ day of __October__, 2010.

```
                          s/ Edward F. Shea
                          _____
                          Judge
```