AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

ESTATE OF JOSHUA LEVY, deceased, and SUSAN LEVY, in her personal capacity and as representative of the ESTATE OF JOSHUA LEVY, and DAVID BREIDENBACH,

    Plaintiffs,

v.

CITY OF SPOKANE, SPOKANE COUNTY, CHRIS KEHL, MICHAEL McCASLAND, SGT. YAMADA, and JOHN/JANE DOES 1-10, each in their personal and representative capacities,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-10-0233-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants with prejudice pursuant to the Order Memorializing the February 7, 2012 Oral Rulings, Entering Judgment in Defendants' Favor, and Closing the File entered on February 8, 2012, Ct. Rec. 145.

February 8, 2012  
*Date*

JAMES R. LARSEN  
*Clerk*  
s/ Cora Vargas  
*(By) Deputy Clerk*  
Cora Vargas